[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-13079
Non-Argument Calendar
_____

D.C. Docket No. 0:08-cr-60071-WPD-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CYRUS VANCE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(March 6, 2014)

Before WILSON, HILL, and ANDERSON, Circuit Judges.

PER CURIAM:

The court has reviewed the record and the briefs of the parties, and has reviewed the findings and conclusion s of the district court.  We find no error and the judgment of the district court is

AFFIRMED.